# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **KELAND O. HARRISON** | ) ) ) | **CIVIL ACTION NO: 16-cv-00359** |
| **VERSUS** | ) ) | **JUDGE HICKS** |
| **OMEGA PROTEIN CORP. and OMEGA PROTEIN, INC.** | ) ) | **MAGISTRATE JUDGE WHITEHURST** |

## UNITED STATES' AND RELATOR'S JOINT NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION

The United States and Relator Keland O. Harrison hereby seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1) and in accordance with the terms of their settlement agreement with Defendants, Omega Protein Corporation and Omega Protein, Inc. (Attached as Exhibit 1). In accordance with the settlement agreement, the United States and Relator seek dismissal of this action as to all Defendants: 1) with prejudice to Relator; 2) with prejudice to the United States as to the False Claims Act (FCA) causes of action released in Paragraph 4 of the settlement agreement for the FCA Covered Conduct; 3) without prejudice to the United States as to all other claims.

A proposed order accompanies this notice.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

DAVID C. JOSEPH
United States Attorney

BY: *s/ Karen J. King*
KAREN J. KING (#23508)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618
Facsimile: (337) 262-6693
Email: karen.king@usdoj.gov

MICHAEL D. GRANSTON
SARA McLEAN
BRANDIE WEDDLE
Attorneys, Civil Division
United States Department of Justice
Commercial Litigation Branch,
Frauds Section
175 N Street, N.E.
Washington, DC 20002

*Attorneys for the United States of America*

        Stein Mitchell Beato & Missner LLP

BY:   *s/ Andrew M. Beato*
        Andrew M. Beato
        Edward H. Meyers
        Jed Wulfekotte
        901 15th Street, N.W., Suite 700
        Washington, DC 20005
        Telephone: (202) 737-7777
        Facsimile: (202) 296-8312
        Email: abeato@steinmitchell.com
        Email: emeyers@steinmitchell.com
        Email: jwulfekotte@steinmitchell.com

        Robert B. Landry, III (#18998)
        A Professional Law Corporation
        5420 Corporate Boulevard, Suite 204
        Baton Rouge, LA 70808
        Telephone: (225) 349-7464
        Facsimile: (225) 349-7466
        Email: rlandry@landryfirm.com

        *Attorneys for Relator Keland O. Harrison*