UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* KELAND O. HARRISON | ) ) ) | CIVIL ACTION NO:  16-cv-00359 |
| VERSUS | ) ) | JUDGE HICKS |
| OMEGA PROTEIN CORP. and OMEGA PROTEIN, INC. | ) ) ) | MAGISTRATE JUDGE WHITEHURST |

## ORDER

The United States and Relator having submitted their *Joint Notice of Voluntary Dismissal of this Action* pursuant to Federal Rule of Civil Procedure 41(a) and 31 U.S.C. § 3730(b)(1) and for good cause shown, subject to the terms and conditions of the Parties' December 19, 2018 Settlement Agreement, the Court rules as follows:

**IT IS HEREBY ORDERED** that,

1.   All claims in this action be and hereby are dismissed with prejudice to Relator Keland O. Harrison;

2.   All claims in this action under the False Claims Act (FCA) for the FCA Covered Conduct set forth in the Parties' Settlement Agreement are dismissed with prejudice to the United States;

3.   All other claims in this action are dismissed without prejudice to the United States;

IT IS SO ORDERED,

This _____ day of _____, 2019.

_____
**HONORABLE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**